**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lauren Anthony WATSON, Jr., Defendant–Appellant.**

No. 01–7072.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Lauren Anthony Watson, Jr., pro se. E. Jean Howard, Office of the United States Attorney, Greenville, SC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Lauren Anthony Watson, Jr., appeals the district court's orders denying his mo-

tions filed under 28 U.S.C.A. § 2255 (West Supp.2001) and Fed.R.Civ.P. 59(e). We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Watson*, Nos. CR–97–262; CA–01–2115–8–20 (D.S.C. Apr. 27, 2001; filed June 14, 2001, entered June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*